IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-40741
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

ROGER GOLDENBERG;
SUSAN RICHEA SALINAS,

                                        Defendants-Appellants.
_____

Appeal from the United States District Court for the
Southern District of Texas, McAllen
USDC No. M-98-CR-264-1
_____
March 8, 2001

Before FARRIS,[*] JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:[**]

    Roger Goldenberg appeals his convictions for conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine, and Susan Salinas appeals her conviction for possession with intent to distribute cocaine. The only question in this case is the sufficiency of the evidence against the two appellants. The evidence is overwhelming with

_____

    [*]Circuit Judge of the Ninth Circuit, sitting by designation.

    [**]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

regard to Goldenberg.  Although the evidence is perhaps less compelling with respect to Salinas, the evidence was nevertheless sufficient for a reasonable jury to conclude that she engaged in conduct that aided and abetted the criminal venture in this case. Therefore, the convictions of both appellants are

A F F I R M E D.